# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ROGERS,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: CV 09-3501-JFW (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded for further administrative proceedings consistent with the Report and Recommendation.

DATED: _____1/21/10_____

 

_/s/ John F. Walter_
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN 26 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY