```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  Assistant United States Attorney
    California State Bar No. 107014
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7       E-mail   : marcus.kerner@usdoj.gov
 8  Attorneys for Defendant, Michael J. Astrue,
    Commissioner of Social Security
 9
```

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROSE ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV 09-3501-JFW(RNB)<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"):

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 3/30/10

_____
HON. JOHN W. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Robert N. Block
U.S. Magistrate Judge